OPINION — AG — (1) THE BOARD OF COUNTY COMMISSIONERS MAY NOT CORRECT THE REPORT OF ITS PROCEEDINGS AS REPORTED BY THE COUNTY CLERK. (2) PURSUANT TO 19 O.S. 1971 445 [19-445], THE COUNTY CLERK HAS THE AUTHORITY AND DUTY TO TRANSMIT A FULL AND COMPLETE REPORT OF THE BOARD'S PROCEEDINGS, AS MADE OUT BY HIM, WITHIN ONE WEEK FROM THE TIME PROCEEDINGS WERE HAD. CITE: 19 O.S. 1971 444 [19-444] (PATRICIA DEMPS)